UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Kurt T. Wuckert, Jr.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  19-82558<br><br>Chapter: 13<br>Honorable Thomas M. Lynch |

**ORDER TO REDACT**

Pursuant to section II.A.4.b. of the Administrative Procedures for the Case Management/Electronic Case Filing System, the motion to redact personal information is granted.

The clerk is directed to substitute the redacted document attached to the motion in place of the unredacted document originally filed.

Enter:

*[signature]*

United States Bankruptcy Judge

Dated:    **NOV 25 2019**

**Prepared by counsel of Movant:**

Rev: 20130103_bko