IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: CHAPTER 13 PETITION OF: | Case No. 19-82558 |
| Kurt Wuckert, ) | JUDGE: Lynch |
| Debtor. | TRUSTEE: Meyer |

### NOTICE OF CONTINUED MEETING OF CREDITORS

To:　Lydia Meyer, Trustee, and the Debtor, 62 Woodview Ln, Algonquin, IL 60102, and Rosemary Wuckert, 36W665 Oak Hill Dr., Dundee, IL 60118.

You are hereby notified that the Section 341(a) Meeting originally scheduled for December 9, 2019, is continued to January 6, 2020, at 2:00 p.m. at Stewart Square, 308 West State Street, Room 40, Rockford, Illinois 61101, at which time and place you may appear as you see fit to do.

Jay M. Reese
Attorney for Debtor
262 W. Fullerton Ave.
Addison, IL 60101
630-628-0773
lawofficeofjmreese@sbcglobal.net

_____
Jay Reese

### CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he mailed a copy of this notice and attached motion to the above listed person(s), as to the Trustee's counsel via ECF and as to the Debtors and all parties listed on the attached Certificate of Notice via U.S. Mail with postage pre-paid from the office located at 262 W. Fullerton Avenue, Addison, Illinois 60101 on December 11, 2019

_____
Jay Reese