IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: CHAPTER 13 PETITION OF:    Case No. 19-82558

Kurt Wuckert,                 )    JUDGE: Lynch

Debtor.                            TRUSTEE: Meyer

## NOTICE OF MOTION

To: Lydia Meyer, Trustee, and the Debtor, 62 Woodview Lane, Algonquin, IL 60102, and Creditor per the attached mailing list.

You are hereby notified that on the 12th day of March, 2020, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lynch, or any other Judge as may be holding court in his absence, in the courtroom usually occupied by him in Courtroom 3100, at 327 S. Church Street, Rockford, IL 61101, and then and there present the attached Motion to Conduct a Rule 2004 Examination, and request an immediate hearing, at which time and place you may appear as you see fit to do.

Jay M. Reese
Attorney for Debtor
262 W. Fullerton Ave.
Addison, IL 60101
630-628-0773
lawofficeofjmreese@sbcglobal.net

_____
Jay Reese

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he mailed a copy of this notice and attached motion to the above listed person(s), as to the Trustee's counsel via ECF and as to the Debtors and all parties listed on the attached Certificate of Notice via U.S. Mail with postage pre-paid from the office located at 262 W. Fullerton Avenue, Addison, Illinois 60101 on March 4, 2020.

_____
Jay Reese

**Mailing List**    19-82558

Wakefield and Associates, Inc.
P.O. Box 50250
Knoxville, TN 37950

Gregory Jordan/Jordan & Zito LLC
55 W. Monroe St. Suite 3600
Chicago, IL 60603

Rosemary Wuckert
15028 Peck Drive
Paulding, MI 49912

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: CHAPTER 13 PETITION OF: | Case No. 19-82558 |
| Kurt Wuckert, ) | JUDGE: Lynch |
| Debtor. | TRUSTEE: Meyer |

**MOTION TO CONDUCT RULE 2004 EXAMINATION OF ROSEMARY WUCKERT AND TO AUTHORIZE THE ISSUANCE OF A SUBPOENA FOR THAT EXAMINATION**

Debtor, Kurt Wuckert, by his attorney, Jay M. Reese, states as follows in support of his Motion to conduct a Rule 2004 examination of Rosemary Wuckert and authorize the issuance of subpoenas to conduct this said Rule 2004 examination:

1. That Creditor Rosemary Wuckert has filed a proof of claim on January 10, 2020, which is listed in the Court docket as Claim 2-1, in her capacity as an individual for the sum of $163,000.

2. That in that claim at Paragraph 8, she had stated that the basis of the claim is monies owed for judgment, buyout and attorney's fee.

3. That this claim is not secured.

4. That the Debtor will be filing a formal objection to this claim and does contest its validity.

5. That in order to provide the Court with necessary information to make a ruling concerning the validity of this claim, in the interest of judicial economy and to preserve the precious resources of this Court's time, the Debtor is seeking to obtain testimony under oath at a 2004 examination, which could then be submitted to the Court for review in camera, which would avoid setting this matter for the taking of oral testimonies in a hearing before this Honorable Court.

6. That Creditor Rosemary Wuckert also filed Claim 3-1 in this case on January 10, 2020, on behalf of ProForma Synergy Graphics, an Illinois General Partnership.

7. That said Claim 3-1 lists ProForma Synergy Graphics, an Illinois General Partnership as the current creditor for Claim 3-1, in Paragraph 1 of the proof of claim.

8. That said Claim at Paragraph 7 is for the amount of $113,214.96.

10. That this claim is not secured.

11. That the Debtor will be filing a formal objection to this claim and does contest its validity.

12. That in order to provide the Court with necessary information to make a ruling concerning the validity of this claim, in the interest of judicial economy and to preserve the precious resources of this Court's time, the Debtor is seeking to obtain testimony under oath at a 2004 examination, which could then be submitted to the Court for review in camera, which would avoid setting this matter for the taking of oral testimonies in a hearing before this Honorable Court.

**WHEREFORE, Debtor Kurt Wuckert prays of this Honorable Court to:**

A. Enter an Order to conduct a Rule 2004 examination of Rosemary Wuckert.

B. Enter an Order directing that that examination be held at the offices of a Court Reporter in DuPage County, Illinois, between March 19, 2020, and March 30, 2020.

C. Authorize the issuance of Subpoenas to conduct the said Rule 2004 examinations.

Respectfully Submitted,

_____
Jay M. Reese, Attorney for Debtor

Jay M. Reese #2301873
Attorney for Debtor
262 W. Fullerton Ave.
Addison, IL 60101
630- 628-0773
lawofficeofjmreese@sbcglobal.net