**IN THE UNITED STATES BANKRUPTCY COURT\
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 Proceeding |
| | ) | |
| Kurt J. Wuckert, | ) | BK Case No.: 19-82558 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**WITHDRAWAL OF CLAIM**

Rosemary Wuckert hereby withdraws Claim No. 2 in the amount of $163,000.00.

Respectfully submitted,

**ROSEMARY WUCKERT**

By: /s/ Gregory J. Jordan
One of Its Attorneys

Gregory J. Jordan (ARDC# 6205510)
Mark R. Zito (ARDC# 6276231)
Jordan & Zito LLC
55 W. Monroe St., Suite 3600
Chicago, IL 60603
(312) 854-7181 (Telephone)