UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>KURT T WUCKERT, JR.<br><br>62 WOODVIEW LN<br>ALGONQUIN, IL 60102<br><br>Debtor(s) | CASE NO. 19-82558<br><br><br><br><br><br><br>Judge: Thomas Lynch |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

WAKEFIELD AND ASSOCIATES INC
PO BOX 50250

KNOXVILLE TN 37950-0250

WAKEFIELD AND ASSOCIATES INC
PO BOX 50250

KNOXVILLE TN 37950-0250

You are hereby notified that the above objection has been set for hearing before the **U.S. Bankruptcy Court, Room 3100, Stanley J. Roszkowski U.S. Courthouse, 327 South Church Street, Rockford, Illinois 61101** at the following date and time:

**JULY 9, 2020 @ 8:;45 a.m.**

A party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

### Certificate of Mailing

The undersigned certifies that a copy of this objection, notice and order were mailed to the Debtor(s) at the address on file with the Trustee's office, the creditor listed above in envelopes addressed as indicated bearing first class postage on the 5th day of June, 2020. I further certify that a copy was served on the Debtor(s)' attorney via electronic notification that occurs automatically upon the filing of said objection. The creditor's copies of this Notice and the envelopes addressed to all creditors' addresses were mailed to the attention of an officer, a managing or general agent or agent authorized by law to receive service of process.

/s/ HEATHER FAGAN
For Lydia S. Meyer, Trustee

---

### OBJECTION TO COURT CLAIM #4

Now comes Lydia S. Meyer, Chapter 13 Trustee, and objects to the claim of WAKEFIELD AND ASSOCIATES INC and in support thereof, states the following:

1. The bar date for non-governmental creditors to file claims was 01/10/2020.
2. WAKEFIELD AND ASSOCIATES INC filed a claim on 01/24/2020 (#4 on PACER) in the amount of $450.00; the claim was filed after the claims bar date.
3. Pursuant to §502(b)(9) if an objection is made to a claim that was filed after the applicable bar date it must be disallowed as not timely filed.

WHEREFORE, the Trustee prays that said late filed claim of WAKEFIELD AND ASSOCIATES INC be disallowed, and for such other and further relief as this court deems proper.

Respectfully Submitted:

/s/ Lydia S. Meyer
Lydia S. Meyer. Trustee
P.O. Box 14127
Rockford, IL 61105-4127