UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

In Re:  )  BK No.: 19-82558
Kurt T. Wuckert, Jr.  )
 )  Chapter: 13
 )  Honorable Thomas M. Lynch
 )
 )
Debtor(s)  )

# ORDER DISALLOWING CLAIM NO. 4

This matter coming on the Trustee's Objection to Claim, proper notice given and the court being advised in the premises;

IT IS HEREBY ORDERED:

1) The trustee's motion is sustained. The proof of claim of Wakefield and Associates claim #4 is disallowed.

Enter:

Honorable Thomas M. Lynch
United States Bankruptcy Judge

Dated: July 09, 2020

**Prepared by:**

LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL 61105-4127
Phone: 815-968-5354
Fax: 815-968-5368