UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

| | | |
|---|---|---|
| In Re:<br>Kurt T. Wuckert, Jr.<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   19-82558<br><br>Chapter:  13<br>Honorable Thomas M. Lynch |

## ORDER DENYING CONFIRMATION AND DISMISSING CASE

THIS MATTER coming before the Court on the Objection to Confirmation filed on January 27, 2020 by Lydia S. Meyer, the standing Trustee for the Northern District of Illinois, Western Division and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that confirmation is denied and that this case be and the same is hereby dismissed.

Enter:

*/s/ Thomas M. Lynch*

United States Bankruptcy Judge

Dated:   November 5, 2020

**Prepared by:**
LYDIA S. MEYER, Trustee
PO Box 14127
Rockford, IL  61105-4127
Phone:  815-968-5354
Fax:  815-968-5368

Rev: 20130104_bko