Form ntcdsm

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

Case No.:  19−82558
Chapter:  13
Judge:  Thomas M. Lynch

In Re:
    Kurt T Wuckert Jr.
    62 Woodview Ln
    Algonquin, IL 60102

Social Security / Individual Taxpayer ID No.:
    xxx−xx−3262

Employer Tax ID / Other nos.:

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on November 5, 2020

FOR THE COURT

Dated: November 5, 2020

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re:                                                                                    Case No. 19-82558-TML

Kurt T Wuckert, Jr.                                                                       Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-3                                 User: vgossett                                 Page 1 of 2

Date Rcvd: Nov 05, 2020                      Form ID: ntcdsm                            Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kurt T Wuckert, Jr., 62 Woodview Ln, Algonquin, IL 60102-3042 |
| 28579258 | | CEP AMERICA ILLINOIS LLP, WAKEFIELD & ASSOCIATES, PO BOX 50250, KNOXVILLE, TN 37950-0250 |
| 28352797 | + | GREGORY JJORDAN/JORDAN & ZITO LLC, 55 WEST MONROE STREET, SUITE 3600, CHICAGO IL 60603-5026 |
| 28538584 | + | ProForma Synergy Graphics, c/o Gregory J. Jordan, Jordan & Zito LLC, 55 W. Monroe St., Suite 3600, Chicago IL 60603-5026 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 28387363 | + EDI: AIS.COM | Nov 06 2020 03:48:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 28542165 | ##+ | Rosemary Wuckert, 36W665 Oak Hill Dr., Dundee, IL 60118-2516 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020                Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:**

District/off: 0752-3                          User: vgossett                                    Page 2 of 2
Date Rcvd: Nov 05, 2020                       Form ID: ntcdsm                                   Total Noticed: 5

| Name | Email Address |
|---|---|
| Gregory J Jordan | on behalf of Creditor ProForma Synergy Graphics gjordan@jz-llc.com  jordan.gregoryr99818@notify.bestcase.com |
| Jay M Reese | on behalf of Debtor 1 Kurt T Wuckert  Jr. lawofficeofjmreese@sbcglobal.net |
| Lydia Meyer | ecf@lsm13trustee.com |
| Patrick S Layng | USTPRegion11.MD.ECF@usdoj.gov |

TOTAL: 4