**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

This is to certify that a copy of the Trustee's Final Report was served on the Debtor(s)' attorney via electronic notification which occurs automatically upon the filing of said Final Report.

Dated at Rockford, IL on: 1/20/2021     By /s/Heather M. Fagan